UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON SCOTT,<br>　　　　Plaintiff,<br>　　v.<br>SURYA MANAGEMENT, LLC,<br>　　　　Defendant. | Case No. 19-cv-07839-SVK<br><br>**ORDER REGARDING JOINT STIPULATION TO EXTEND DEADLINE FOR JOINT SITE INSPECTION**<br><br>Re: Dkt. No. 16 |

　　　　The Court is in receipt of the parties' stipulation to extend the joint site inspection deadline. Dkt. 16. The parties ask this Court to extend the deadline to complete the joint site inspection from March 16, 2020 to July 1, 2020. This request, made well after the original deadline, is untimely. Notwithstanding the parties' lack of diligence, the current public health conditions do require an extension. Accordingly, the deadline to complete the joint site inspection is extended to **July 1, 2020**.

　　　　**SO ORDERED.**

Dated: April 16, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge