UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Surya Management, LLC,** a California Limited Liability Company; and Does 1-10, <br><br> Defendant. | Case: No.5:19-CV-07839-SVK <br><br> [proposed] **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE AS MODIFIED BY THE COURT** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include **AUGUST 31, 2020. No further requests for extensions will be considered without a showing of good cause supported by an attestation of counsel. Press of business is not sufficient good cause.**
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: June 29, 2020

_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

1