UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>SURYA MANAGEMENT, LLC, a California Limited Liability Company; and Does 1-10,<br><br>  Defendant. | **Case No**. 5:19-CV-07839-SVK<br><br>ORDER [proposed] TO EXTEND DATE FOR FILING DISMISSAL  **AS MODIFIED** |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to November 13, 2020. If a dismissal is not filed by the specified date, then the parties shall appear on **November 24, 2020 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed.  Additionally, the parties shall file a statement in response to this order no later than **November 17, 2020**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

**IT IS SO ORDERED.**

Dated: October 20, 2020                           _____
                                                  HONORABLE SUSAN VAN KEULEN
                                                  United States Magistrate Judge