CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

BARBARA L. HARRIS CHIANG (SBN: 206892)
bchiang@kdvlaw.com
MARCUS DONG (SBN :251723)
mdong@kdvlaw.com
KAUFMAN DOLOWICH & VOLUCK, LLP
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
Attorneys for Defendant
Surya Management LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SURYA MANAGEMENT, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendant. | Case: 5:19-CV-07839-SVK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 29, 2020        CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Seabock
      Amanda Seabock
      Attorney for Plaintiff

Dated: October 29, 2020        KAUFMAN DOLOWICH & VOLUCK, LLP

By:   /s/Marcus Dong
      Marcus Dong
      Attorney for Defendant
      Surya Management LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Marcus Dong, counsel for Surya Management LLC., and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 29, 2020          CENTER FOR DISABILITY ACCESS

                                 By:     /s/Amanda Seabock
                                        Amanda Seabock
                                        Attorney for Plaintiff